

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JAMIE STIERWALT AND
ARNOLD LEE STIERWALT, JR.

§

No. 08-14-00107-CV

Appellants,

§

Appeal from the

v.

§

153rd District Court

FFE TRANSPORTATION SERVICES,
INC., CONWELL CORPORATION,
FROZEN FOOD EXPRESS
INDUSTRIES, INC., AND
JEFFREY PRESTON LEAR,

§

of Tarrant County, Texas

§

(TC# 153-257322-12)

§

Appellees.

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.